# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ALEXIS GENARO CASTILLO,<br><br>Defendant. | Case No. 20-CR-1326 JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT** |

Pursuant to joint motion and good cause having been shown, the Court continues the upcoming Motion Hearing/Trial Setting from November 20, 2020 to January 15, 2021 at 1:30 p.m., and orders time excluded from the date of this order through that date under the Speedy Trial Act. In light of the ongoing judicial emergency identified in Orders of the Chief Judge, and for the reasons provided in the parties' joint motion, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated: November 18, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge