# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALEXIS GENARO CASTILLO,<br><br>  Defendant. | Case No. 20-CR-1326 JLS<br><br>**ORDER AND JUDGMENT DISMISSING INFORMATION WITHOUT PREJUDICE** |

Based on the motion of the United States to dismiss this case without prejudice, and in light of the interests of justice, it is hereby ordered that the information in the above-entitled action be dismissed without prejudice.

**SO ORDERED.**

Dated:  January 5, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge